UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SONYA LOPEZ,

    Plaintiff,

vs.

DOLGEN MIDWEST, LLC, *et al.*,

    Defendants.

Case No. 3:25-cv-90

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER: (1) GRANTING THE PARTIES' UNOPPOSED, JOINT MOTION TO STAY THIS LITIGATION (Doc. No. 10); (2) STAYING THE CASE UNTIL AFTER ARBITRATION; (3) REQUIRING THE PARTIES TO FILE A JOINT STATUS REPORT EVERY 60 DAYS; AND (4) TERMINATING AS MOOT DEFENDANTS' SECOND MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER (Doc. No. 9)**

---

This civil case is before the Court upon the parties' unopposed, joint motion to stay the case pending arbitration. Doc. No. 10. For good cause shown, the parties' joint motion to stay this litigation is **GRANTED**, and this case is **STAYED** until after arbitration. The Court **REQUIRES** the parties to file a joint status report every 60 days to provide the Court an update regarding the status of the case. Accordingly, the Court **TERMINATES AS MOOT** Defendants' second motion for an extension of time to file an answer. Doc. No. 9.

    **IT IS SO ORDERED.**

   June 5, 2025                                   s/*Michael J. Newman*
                                                                    Hon. Michael J. Newman
                                                                    United States District Judge